UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

EARLENE E. ASHBAUGH

Case No. 10-06653-BKC-3G7

Debtor(s).

## TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: 2000 GMC Sonoma Pickup, VIN - 1GTCS1953Y8205319, and 2001 Pontiac Grand Prix, VIN - 1G2WK52J81F106089, for the sum of $1,800.00, which has now been paid in full to the trustee. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchaser is the debtor. There are no negative tax consequences. The trustee believes that selling to the debtor will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October 7, 2011.

_____
GREGORY K. CREWS, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750
Florida Bar No. 172772

Mailed to creditors and parties in interest on October 7, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

EARLENE E. ASHBAUGH          Case No. 10-06653-BKC-3G7

_____Debtor(s)._____

## CERTIFICATE OF SERVICE OF TRUSTEE'S
## NOTICE OF INTENT TO SELL AT PRIVATE SALE

I certify, under penalty of perjury, that on October 7, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

Label Matrix for local noticing
113A-3
Case 3:10-bk-06653-PMG
Middle District of Florida
Jacksonville
Fri Oct  7 13:24:20 EDT 2011

American InfoSource LP as agent for Citibank
PO Box 248840
Oklahoma City, OK  73124-8840

American Infosource Lp As Agent for
Citibank (South Dakota) N.A.
PO Box 248840
Oklahoma City, OK  73124-8840

Earlene E Ashbaugh
86058 Meadowwood Drive
Yulee, FL 32097-6420

Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124-6800

BAC Home Loans Servicing, LP
P.O. Box 650070
Dallas, TX 75265-0070

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Bank of America, N.A.
P.O. Box 25018
Tampa, FL 33622-5018

Marie D Campbell
Florida Default Law Group
4919 Memorial Hwy, Ste 200
Tampa, FL 33634-7500

Capital One
P O Box 30281
Salt Lake City, UT 84130-0281

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Chase Bank USA, NA
P. O. Box 15298
Wilmington, DE 19850-5298

Citi Cards
P.O. Box 660370
Dallas, TX 75266-0370

Gregory K. Crews
8584 Arlington Expressway
Jacksonville, FL 32211-8003

Benjamin H Crumley
Crumley & Wolfe, P.A.
2254 Riverside Avenue
Jacksonville, FL 32204-4620

(p)U S DEPARTMENT OF EDUCATION
P O BOX 5609
GREENVILLE TX 75403-5609

Estate of Craig Ashbaugh
86058 Meadowwood Drive
Yulee, FL 32097-6420

Fia Card Services, NA/Bank of America
by American Infosource Lp As Its Agent
PO Box 248809
Oklahoma City, OK  73124-8809

Florida Dept of Labor and Security
Hartman Building, Suite 307
2012 Capital Circle, Southeast
Tallahassee, FL 32399-6583

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Patrick A. Carey, P.A.
10967 Lake Underhill Rd.
Unit 125
Attorney for Citibank
Orlando, FL 32825-4454

United States Department of Education
Direct Loan Servicing Center
P.O. Box 5609
Greenville, TX 75403-5609

United States Trustee - JAX 7
135 W Central Blvd Suite 620
Orlando, FL 32801-2440

Wetappo Preserve Owner's
c/o Gulf Coast Property Ser.
209 7th Street
Port Saint Joe, FL 32456-1785

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Direct Loans
P.O. Box 7202
Utica, NY 13504-7202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American InfoSource LP as agent for Citiba
PO Box 248840
Oklahoma City, OK  73124-8840

(u)Paul M. Glenn
Jacksonville

End of Label Matrix
Mailable recipients    24
Bypassed recipients     2
Total                  26